## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

GEORGE A. TOLLIVER,

    Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS et al.,

    Defendants.

2:16-cv-01807-JAD-NJK

**ORDER**

**I.    DISCUSSION**

On August 1, 2016, this Court entered an order directing Plaintiff to file a fully complete application to proceed *in forma pauperis* or to pay the full $400 filing fee within thirty (30) days from the date of that order. (ECF No. 3 at 2). On August 22, 2016, Plaintiff filed a motion for an extension of time. (ECF No. 4 at 1). Plaintiff explains that he requested a financial certificate on August 8, 2016, but has not received the document yet. (*Id.*). The Court grants Plaintiff's motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before Friday, September 30, 2016. No further extensions will be granted.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 4) is granted.

IT IS FURTHER ORDERED that, no later than Friday, September 30, 2016, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay

the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: This 30th day of August, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge