ADAM PAUL LAXALT
  Nevada Attorney General
BARRACK T POTTER (Bar No. 14105)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3120
Facsimile: (702) 486-3773
E-Mail: bpotter@ag.nv.gov

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE A. TOLIVER,<br><br>    Plaintiff,<br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | CASE NO. 2:16-cv-01807-JAD-NJK<br><br>**MOTION TO EXTEND DEADLINE TO FILE LIMITED NOTICE OF APPEARANCE** |

    Pursuant to this Court's Order dated May 8, 2017 (ECF No. 10), the Office of the Attorney General, by and through Adam Paul Laxalt, Attorney General for the State of Nevada, and Barrack T Potter, Deputy Attorney General, hereby notifies the Court that the Office of the Attorney General cannot enter a limited notice of appearance on behalf of the remaining defendants because it does not have authority, as of yet, to represent Defendant Sanchez or Defendant Valdez. The undersigned is informed that Defendant Valdez is no longer an employee of the Nevada Department of Corrections. Furthermore, the Office of the Attorney General has been unable to contact Defendant Sanchez to determine whether he will request representation by this Office. The undersigned therefore requests an additional seven (7) days, or until June 6, 2017, to follow up with

///

///

///

Defendant Sanchez and file the limited notice of appearance. This request is made in good faith and not for the purposes of delay.

DATED this 30th day of May, 2017.

ADAM PAUL LAXALT
Attorney General

By: */s/ Barrack T Potter*
Barrack T Potter (Bar. No. 14105)
Deputy Attorney General

**IT IS SO ORDERED.**

Dated May 31 _____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE