# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE A. TOLIVER, | ) |
| Plaintiff(s), | ) Case No. 2:16-cv-01807-JAD-NJK |
| v. | ) **ORDER** |
| NEVADA DEPARTMENT OF CORRECTIONS, et al, | ) |
| Defendant(s). | ) |

The Court hereby **AMENDS** the order setting inmate early mediation conference (Docket No. 17) to reflect that **J. Michael McGroarty, ESQ.** has been appointed as the mediator in this case. The inmate early mediation is also continued <u>in time only</u> to 11:15 a.m. on July 28, 2017. Except as stated herein, the Court's previous order otherwise remains unchanged and continues to govern.

IT IS SO ORDERED.

DATED: July 11, 2017

_____
Nancy J. Koppe
United States Magistrate Juge